IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MILTON JASPER JONES                                                      PETITIONER
ADC #088447

V.                                      NO. 5:10cv00137 GTE

RAY HOBBS, Director,                                                     RESPONDENT
Arkansas Department of Correction


ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254  petition for writ of habeas corpus is a "second or successive application" under § 2244(b) and requires prior Court of Appeals authorization.  The petition (doc. 2) is, therefore, dismissed without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 8th day of June, 2010.


    /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE