IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MILTON JASPER JONES                                                                 PETITIONER
ADC #088447

V.                              NO. 5:10cv00137 GTE

RAY HOBBS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 8th day of June, 2010.


    /s/ Garnett Thomas Eisele
    UNITED STATES DISTRICT JUDGE